**EXHIBIT A**

# UNITED STATES DEPARTMENT OF JUSTICE
## Immigration and Naturalization Service

## ORDER TO SHOW CAUSE and NOTICE OF HEARING

In Deportation Proceedings under Section 242 of the Immigration and Nationality Act

EPRD: 7/88
Inmate #86A-8828

UNITED STATES OF AMERICA:                File No. A38 501 573

In the Matter of   CEDENO, Daniel De Jesus                     Respondent.

c/o: Ogdensburg Correctional Facility, One Correction Way, Ogdensburg, NY 13669
Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is alleged that:

1. You are not a citizen or national of the United States;
2. You are a native of __Dominican Republic__
   and a citizen of __Dominican Republic__
3. You entered the United States at __New York City, NY__ on or about __11/20/83__;
4. At that time you were admitted as an immigrant.
5. You were convicted on 11/12/86, in the Supreme Court of the State of New York, Kings County, New York for the offense of Assault 1st degree, committed on 3/1/86, within 5 years of entry.
6. You were for this conviction sentenced to confinement in New York State Prison for a period of 1 1/2-4 1/2 years.

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

Section 241 (a)(4) of the Immigration and Nationality Act, in that, you had been convicted of a crime involving moral turpitude committed within five years after entry and sentenced to confinement therefor in a prison or corrective institution for a year or more, for the offense of Assault, 1st degree, committed on 3/1/86, within 5 years of entry.

WHEREFORE, YOU ARE ORDERED to appear for hearing before an Immigration Judge of the Immigration and Naturalization Service of the United States Department of Justice at __Date, place and time to be set__

on _____ at _____ m, and show cause why you should not be deported from the United States on the charge(s) set forth above.

Dated: December 01, 1987

(signature and title of issuing officer)
Dennis A. Peruzzini
Assistant District Director, Investigations,
Buffalo, NY

60