**EXHIBIT B**

Case 1:07-cr-00964-PAC    Document 10-3    Filed 12/17/2007    Page 1 of 5

PASAPORTE
REPUBLICA DOMINICANA

El Secretario de Estado
de Relaciones Exteriores
de la
República Dominicana

Encarece a todas las autoridades a quienes concierna, permitir transitar libremente al ciudadano dominicano a cuyo favor se expide el presente pasaporte y prestarle la asistencia y protección que pudiera necesitar.

Número
Number of Passport
Numéro du Passeport

0113216

PASAPORTE
PASSPORT

Ceceño Medina
Daniel De Jesus
Dom
8/1/65                376004-1
                      21/6/92

6

**RENOVACIONES**
*Renewals*
*Renouvellements*

7

CONSULADO GENERAL
DE LA
REPUBLICA DOMINICANA
NEW YORK

**RENOVACIONES**
*Renewals*
*Renouvellements*

No. 22159

Este Pasaporte ha sido RENOVADO el día MAR 5 1993

y es valido hata el día MAR 5 1995

DRA. DELIA J. ELIZER PACO
Consul General

127407   151117   793697



