**EXHIBIT C**

Case 1:07-cr-00964-PAC   Document 10-4   Filed 12/17/2007   Page 1 of 7

FANJ-32

# First American Title Insurance Company



## SCHEDULE A

| | | | |
|---|---|---|---|
| File No.: | 2004-35672HDP | Policy No.: | 104170322 NJPLO |
| Amount of Insurance: | $76,711.00 | | |
| Date of Policy: | January 5, 2005 | | |

1. Name of Insured:

   **Daisy L. Marcial and Daniel Cedino**

2. Your interest in the land which is covered by this policy is:

   **FEE SIMPLE**

3. Title to the estate or interest in the land is vested in:

   **Daisy L. Marcial and Daniel Cedino**

   **By deed from Alphonso Jackson, Secretary of Housing and Urban Development of Washington, DC, dated December 3, 2004, recorded January 5, 2005, in Deed Book 6235, Page 830, in the Burlington County Clerk's/Register's Office.**

4. The land referred to in this policy is described as follows:

   See Schedule "C" Legal Description Attached.

   <u>For informational purposes only</u>: **Being known as Lot 19 in Block 55 in the Township of Mount Holly, County of Burlington, State of New Jersey.**

Countersigned:

INDEPENDENCE ABSTRACT & TITLE AGENCY
1040 Kings Highway North, Suit
Cherry Hill, NJ 08034-1923

_____
Authorized Signatory

**2007 FINAL / 2008 PRELIMINARY TAX BILL** — MOUNT HOLLY TOWNSHIP, MAIL TO: P.O. BOX 411, MOUNT HOLLY, NJ 08060

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 55 | 19 | PIN 0-1W9K7U |

PROPERTY LOC.: 147 CHERRY ST
BLDG. DESC.: 2FD
ADDITIONAL LOTS:
LAND DESC.: 14X110

| | | |
|---|---|---|
| 3RD QTR DUE AUG. 1, 2007 | VOID*VOID | |
| 4TH QTR DUE NOV. 1, 2007 | | 560.47 |
| 1ST QTR DUE FEB. 1, 2008 | 490.86 | |
| 2ND QTR DUE MAY 1, 2008 | | 490.85 |

| TAX ACCOUNT NUMBER | BANK CODE | MORTGAGE ACCOUNT NO. | TAX BILL NUMBER |
|---|---|---|---|
| 1421000 | 8150 | | 603 |

MARCIAL, DAISY L & CEDINO, DANIEL
or Current Owner
147 CHERRY ST
MT HOLLY        NJ 08060

| DESCRIPTION OF TAX | RATE | AMOUNT OF TAX |
|---|---|---|
| County Tax | .703 | 283.31 |
| Municipal Tax | 1.002 | 403.81 |
| County Library | .065 | 26.20 |
| District School Ta | 2.077 | 837.03 |
| Regional School Ta | .772 | 311.12 |
| Open Space Tax | .081 | 32.64 |
| FIRE DISTRICT | .172 | 69.32 |
| Gross Tax - 2007 | 4.872 | 1,963.42 |
| Total Net Tax | | 1,963.42 |
| Less Preliminary Billed | | 902.52- |
| Balance of Taxes Due | | 1,060.90 |
| Preliminary Tax for 2008 | | 981.71 |

**MAKE CHECKS PAYABLE TO AND MAIL TO:** MOUNT HOLLY TOWNSHIP, ATTN: TAX COLLECTOR, P.O BOX 411, MOUNT HOLLY, NJ 08060
**OFFICE HOURS: MONDAY THRU FRIDAY 8:30 A.M. - 3:30 P.M.**

### ■ DISTRIBUTION OF TAXES ■

COUNTY TAX
    $594.43    30.28%
BD. OF FREEHOLDERS
609-265-5000
DISTRICT SCHOOL TAX
    $863.23    43.97%

LOCAL PURPOSE TAX
    $403.81    20.57%
TOWNSHIP
609-267-0170
Special Tax Dist(s)
    $101.96     5.19%
F01

### ASSESSED VALUATION INFORMATION

| | |
|---|---|
| Land | 10,400 |
| Improvements | 29,900 |
| Total | 40,300 |
| Exemptions | |
| Net Value | 40,300 |

STATE AID USED TO OFFSET LOCAL PROPERTY TAXES

The budgets of the government agencies funded by this tax bill include State funding used to reduce local property taxes. Based on the assessed value, the amount of this state aid used to offset property taxes on this parcel equals       $2,043.61

---

**MOUNT HOLLY TOWNSHIP**
PLEASE SEND THIS STUB WITH PAYMENT
2008 2ND QUARTER TAX DUE MAY 1, 2008          **08-2**

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 55 | 19 | | 8150 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED | DUE MAY 1, 2008 |
|---|---|---|---|
| 1421000 | | | 490.85 |

MARCIAL, DAISY L & CEDINO
DANIEL
or Current Owner
147 CHERRY ST
MT HOLLY        NJ 08060

☐ CASH  ☐ CHECK

DO NOT WRITE BELOW THIS LINE
147 CHERRY ST



THIS IS NOT A BILL - FOR ADVICE ONLY

---

**MOUNT HOLLY TOWNSHIP**
PLEASE SEND THIS STUB WITH PAYMENT
2008 1ST QUARTER TAX DUE FEB. 1, 2008         **08-1**

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION | BANK CODE |
|---|---|---|---|
| 55 | 19 | | 8150 |

| TAX ACCOUNT NUMBER | TAX BILL NUMBER | TAX AMOUNT BILLED | DUE FEB. 1, 2008 |
|---|---|---|---|
| 1421000 | | | 490.86 |

MARCIAL, DAISY L & CEDINO
DANIEL
or Current Owner
147 CHERRY ST
MT HOLLY        NJ 08060

☐ CASH  ☐ CHECK

DO NOT WRITE BELOW THIS LINE
147 CHERRY ST



THIS IS NOT A BILL - FOR ADVICE ONLY

```
MOUNT HOLLY                                              FIRST CLASS
TAX ASSESSOR                                             U.S. POSTAGE
23 WASHINGTON ST                                         PAID
MT HOLLY NJ  08060                                       TRENTON
                                                         PERMIT NO.

MOUNT HOLLY TWP
COUNTY =BURLINGTON
                                   2007          MAILED: 01/31/2007

            55                19

               147 CHERRY ST


        2007


                                          29,900              40,300
        10,400
                                      2006 ASSESSMENT         40,300
   2006    $1,805.03
                              MARCIAL, DAISY L & CEDINO, DANIEL
                              147 CHERRY ST
                              MT HOLLY, NJ                   08060
```

**SPECIAL WARRANTY DEED**
**FOR NEW JERSEY**

351-377240
2004-35672HDP

Prepared by:
First Preston Management
Attorney in fact for Alphonso Jackson
Secretary of Housing and Urban Development

By: _____

*THIS INDENTURE,*
Made the _____ day of _____, 2004, between Alphonso Jackson, Secretary of Housing and Urban Development of Washington, D.C., acting by and through the Federal Housing Commissioner, party of the first part,

AND

Daisy L. Marcial and Daniel Cedino

of _____                                        party(ies) of the second part.

WITNESSETH, That the said party of the first part, for and in consideration of the sum of **SEVENTY SIX THOUSAND SEVEN HUNDRED ELEVEN AND 00/100 DOLLARS ($76,711.00)** lawful money of the United States of America, to him in hand well and truly paid, by the said party(ies) of the second part, at or before the sealing and delivering of these presents, the receipts whereof is hereby acknowledged, and the said party of the first part being therewith fully satisfied, contented and paid, has given, granted, bargained, sold, aliened, released, enfeoffed, conveyed and confirmed and by theses presents does give, grant, bargain, sell, alien, released, enfeoff, convey and confirm unto the said party(ies) of the second part, forever, all those lands and premises specifically described a follows:

SEE ATTACHED LEGAL DESCRIPTION

BEING the same property acquired by the party of the first part pursuant to the provisions of the National Housing Act, as amended (12 USC 1701 et seq.) and the Department of Housing and Urban Development Act (79 Slat. 667).

Record & Return To:
Independence Abstract & Title Agency
1040 Kings Highway North
Suite 700
Cherry Hill, NJ 08034
(856) 779-0099

# STATE OF NEW JERSEY

New Jersey Department of Health and Senior Services

## Certificate of Live Birth

| 1. NAME OF CHILD | (First) DILLON | (Middle) ELLIOT | (Last) CEDENO | | |
|---|---|---|---|---|---|
| 2a. DATE OF BIRTH 01/11/2007 | 2b. HOUR 05:15 A | 3. SEX ☒ MALE ☐ FEMALE | 4a. PLURALITY ☒ SINGLE ☐ TWIN ☐ OTHER | | 4b. THIS CHILD BORN - ☐ 1st ☐ 2nd ☐ OTHER |
| 5a. PLACE OF BIRTH | 1 ☒ HOSPITAL 2 ☐ FREESTANDING BIRTHING CENTER | | 3 ☐ CLINIC/DOCTOR'S OFFICE 4 ☐ RESIDENCE | | 5 ☐ OTHER - specify: |
| 5b. NAME OF FACILITY VIRTUA-MEMORIAL HOSPITAL BURLINGTON COUNTY, I | | | 5c. CITY, TOWN, OR LOCATION OF BIRTH MOUNT HOLLY | | 5d. COUNTY OF BIRTH Burlington |
| 6a. MOTHER - Maiden Name DAISY LOIDA MARCIAL | | | | 6b. DATE OF BIRTH 01/27/1963 | 6c. BIRTHPLACE New York |
| 7a. RESIDENCE - State NJ | 7b. RESIDENCE - County Burlington | 7c. RESIDENCE - City, Township, or Boro in which mother actually lives. Mount Holly Twp | 7d. STREET AND NUMBER 147 CHERRY ST | | 8. INSIDE CITY LIMITS Yes |
| 9a. MOTHER'S MAILING ADDRESS 147 CHERRY ST | | | 9b. CITY OR TOWNSHIP Mount Holly | 9c. STATE NJ | 9d. ZIP CODE 08060 |
| 10a. FATHER - Name DANIEL DEJESUS CEDENO | | | | 10b. DATE OF BIRTH 01/03/1965 | 10c. BIRTHPLACE SANTA DOM |
| 11a. NAME OF INFORMANT DAISY MARCIAL | | | | | 11b. RELATIONSHIP TO CHILD Mother |
| 12a. CERTIFIER - Name Amy Siegel | | | 12b. MAILING ADDRESS 1617 RT 38 Mount Holly, NJ 08060 | | |
| 13a. I CERTIFY THIS CHILD WAS BORN ALIVE AT THE PLACE, TIME, AND DATE SHOWN Signature | | | 13b. DATE OF SIGNATURE 1-24-07 | 14. ATTENDANT 1 ☐ MD  2 ☒ DO  3 ☐ CNM  4 ☐ OTHER MIDWIFE 5 ☐ OTHER (Specify) | |
| 15a. REGISTRAR - Signature Elizabeth Sykes | | | | 15b. DATE RECEIVED 1/26/07 | |

**Issued in Mount Holly Township**
**Burlington County**
**Elizabeth A. Sykes, Registrar**
**April 13, 2007**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*

Joseph A. Komosinski, State Registrar
Bureau of Vital Statistics



REG-42A
JULY 04

# CERTIFICATE OF BIRTH

DATE FILED

Birth No. 156-04-007234

| 1. FULL NAME OF CHILD | First Name: Denzel | Middle Name: Leon | Last Name: Cedeno |
|---|---|---|---|
| 2. SEX: Male | 3a. NUMBER DELIVERED of this pregnancy: 1<br>3b. If more than one, number of this child in order of delivery | 4a. DATE OF CHILD'S BIRTH: January 23, 2004 | 4b. HOUR: 04:19 PM |
| 5. PLACE OF BIRTH | 5a. NEW YORK CITY BOROUGH OF: Brooklyn | 5b. Name of Facility: WOODHULL MED. AND MENTAL HLTH. | 5c. TYPE OF PLACE: Hospital |

| 6a. MOTHER'S FULL MAIDEN NAME | 6b. MOTHER'S DATE OF BIRTH | 6c. MOTHER'S BIRTHPLACE |
|---|---|---|
| Daisy Loida Marcial | 01/27/1963 | Manhattan, NY |

| 7. MOTHER'S USUAL RESIDENCE | | | | |
|---|---|---|---|---|
| a. State: NY | b. County: Kings | 7c. City, town, or location: New York | 7d. Street and house number: 634 Kosciusko Street Apt. 3 | Zip: 11221   7e. Inside city limits of 7c? Yes |

| 8a. FATHER'S FULL NAME | 8b. FATHER'S DATE OF BIRTH | 8c. FATHER'S BIRTHPLACE |
|---|---|---|
| Daniel De Jesus Cedeno | 01/03/1965 | Dominican Republic |

9a. NAME OF ATTENDANT AT DELIVERY: Kwakuvi A Manigar, M.D.

9b. CERTIFY THAT THIS CHILD WAS BORN ALIVE AT THE PLACE, DATE AND TIME GIVEN

Signed: _____ M.D.
Name of Signer: Kwakuvi A Manigar
Address: 760 Broadway, Brooklyn, NY 11206
Date Signed: _____

Information added or amended
(Reason)
Date    City Registrar

**VITAL RECORDS    DEPARTMENT OF HEALTH AND MENTAL HYGIENE    THE CITY OF NEW YORK**

Daisy Loida Negron
634 Kosciusko Street    Apt. 3
Brooklyn    NY    11221

MOTHER'S MAILING ADDRESS
Copy of this certificate will be mailed to her when it is filed with the Department of Health and Mental Hygiene

FEBRUARY 02, 2004