**EXHIBIT D**

Case 1:07-cr-00964-PAC   Document 10-5   Filed 12/17/2007   Page 1 of 5

greenscape landscape & irrigation llc                                                                                                8225

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| --- | --- | --- | --- | --- | --- | --- |
| Daniel Cedeno | | | | ***-**-0353 | Married/Single | Fed-2/2/NJ-0/0 |
| | | | | Pay Period: 03/03/2007 - 03/09/2007 | | Pay Date: 07/13/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly Rate | 67:00 | 18.00 | 1,206.00 | 15,498.00 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| NJ - WF/SWF Employee | -0.51 | -6.51 |
| Federal Withholding | -125.00 | -1,074.00 |
| Social Security Employee | -74.78 | -960.83 |
| Medicare Employee | -17.49 | -224.72 |
| NJ - Withholding | -41.93 | -301.03 |
| NJ - Disability Employee | -6.03 | -77.43 |
| NJ - Unemployment Employee | -4.61 | -59.23 |
| | -270.35 | -2,703.95 |
| Net Pay | 935.65 | 12,794.01 |

Greenscape Landscaping & Irrigation, LLC. 76 Farnwood Road, Mt Laurel, NJ 08054 (609) 410 - 8436

greenscape landscape & irrigation llc                                                                                                8180

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
| --- | --- | --- | --- | --- | --- | --- |
| Daniel Cedeno | | | | ***-**-0353 | Married/Single | Fed-2/2/NJ-0/0 |
| | | | | Pay Period: 03/03/2007 - 03/09/2007 | | Pay Date: 06/29/2007 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly Rate | 36:00 | 18.00 | 648.00 | 13,662.00 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| NJ - WF/SWF Employee | -0.27 | -5.74 |
| Federal Withholding | -42.00 | -910.00 |
| Social Security Employee | -40.17 | -847.04 |
| Medicare Employee | -9.40 | -198.10 |
| NJ - Withholding | -11.04 | -248.47 |
| NJ - Disability Employee | -3.24 | -68.31 |
| NJ - Unemployment Employee | -2.48 | -52.26 |
| | -108.60 | -2,329.92 |
| Net Pay | 539.40 | 11,332.08 |

Greenscape Landscaping & Irrigation, LLC, 76 Farnwood Road, Mt Laurel, NJ 08054 (609) 410 - 8436







*Prevent identity theft—protect your Social Security number*

# Your Social Security Statement



Prepared especially for Daniel D. Cedeno

October 3, 2006

www.socialsecurity.gov

*See inside for your personal information* →

IA R 0188        000193410 01 AV   0.293
DANIEL D. CEDENO
385 S 2ND ST APT 2A
BROOKLYN NY 11211-5820

### What's inside...

Your Estimated Benefits ..................................................... 2
Your Earnings Record ........................................................ 3
Some Facts About Social Security ..................................... 4
If You Need More Information ........................................... 4
To Request This Statement In Spanish .............................. 4
*(Para Solicitar Una Declaración en Español)*

## What Social Security Means To You

This *Social Security Statement* will help you understand what Social Security means to you and your family. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law. Each year, we will send you an updated *Statement* including your latest reported earnings.

Be sure to read this *Statement* carefully. If you think there may be a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of this *Statement* with your financial records.

**Social Security is for people of all ages...**
It can help you whether you're young or old, male or female, single or with a family. It's there for you when you retire, but it's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

**Work to build a secure future...**
Social Security is the largest source of income for most elderly Americans today. It is very important to remember that Social Security was never intended to be your only source of income when you retire. Social Security can't do it all. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

**About Social Security's future...**
Social Security is a compact between generations. For more than 60 years, America has kept the promise of security for its workers and their families. But now, the Social Security system is facing serious future financial problems, and action is needed soon to make sure that the system is sound when today's younger workers are ready for retirement.

Today there are almost 36 million Americans age 65 or older. Their Social Security retirement benefits are funded by today's workers and their employers who jointly pay Social Security taxes — just as the money they paid into Social Security was used to pay benefits to those who retired before them. Unless action is taken soon to strengthen Social Security, in just 11 years we will begin paying more in benefits than we collect in taxes. Without changes, by 2040 the Social Security Trust Fund will be exhausted.* By then, the number of Americans 65 or older is expected to have doubled. There won't be enough younger people working to pay all of the benefits owed to those who are retiring. At that point, there will be enough money to pay only about 74 cents for each dollar of scheduled benefits. We will need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations as it has done in the past.

**Social Security on the Net...**
Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits, apply for retirement, spouse's or disability benefits, or subscribe to *eNews* for up-to-date information about Social Security.

*Jo Anne B. Barnhart*
Jo Anne B. Barnhart
Commissioner

\* These estimates of the future financial status of the Social Security program were produced by the actuaries at the Social Security Administration based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

100306R 031a 12603J

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1994 | $ 13,127 | $ 13,127 |
| 1995 | 18,632 | 18,632 |
| 1996 | 8,496 | 8,496 |
| 1997 | 0 | 0 |
| 1998 | 8,474 | 8,474 |
| 1999 | 24,058 | 24,058 |
| 2000 | 21,857 | 21,857 |
| 2001 | 22,996 | 22,996 |
| 2002 | 8,872 | 8,872 |
| 2003 | 10,692 | 10,692 |
| 2004 | 15,000 | 15,000 |
| 2005 | 2,756 | 2,756 |

Did you know... Social Security is more than just a retirement program? It's here to help you when you need it most.

You and your family may be eligible for valuable benefits:

*When you die, your family may be eligible to receive survivors benefits.*

*Social Security may help you if you become disabled—even at a young age.*

*It is possible for a young person who has worked and paid Social Security taxes in as few as two years to become eligible for disability benefits.*

Social Security credits you earn move with you from job to job throughout your career.

Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:

Estimated taxes paid for Social Security:
You paid: $9,602
Your employers paid: $9,602

Estimated taxes paid for Medicare:
You paid: $2,241
Your employers paid: $2,241

Note: You currently pay 6.2 percent of your salary, up to $94,200, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, all of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

100306R 03la 12603J