**EXHIBIT E**

Place of Crime: NYCPD 83
Criminal Justice
  Tracking No.: 50735318R
Arresting Agency: NYCPD PCT 083
Arresting Officer ID: 907114
Arrest Case Number: 27500996
Arrest Number: K99026895
Arrest Charges:
  -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
     VTL 1192 Sub 02    Class U   Misdemeanor Degree 0   NCIC 5404

  -- Driving While Intoxicated- 1st Offense
     VTL 1192 Sub 03    Class U   Misdemeanor Degree 0   NCIC 5404

  -- Aggravated Unlicensed Operation Motor Vehicle-3rd Degree
     VTL 0511 Sub 01    Class U   Misdemeanor Degree 3   NCIC 5499

**Court Case Information**
-- Court: Kings County Criminal Court   Case Number: 99K024721

  Arraigned April 04, 1999
    -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
       VTL 1192 Sub 02           Class U       Misdemeanor       NCIC 5404
    -- Driving While Intoxicated- 1st Offense
       VTL 1192 Sub 03           Class U       Misdemeanor       NCIC 5404
    -- DWAI Alcohol- 2 Or More Prior Convictions VTL 1192 within 10 Years
       VTL 1192 Sub 01           Class U       Misdemeanor       NCIC 5404
    -- Motor Vehicle License Violation:No License
       VTL 0509 Sub 01                         Infraction        NCIC 5499

  Initial Report Of Docket Number April 04, 1999

  Bench Warrant Issued, Disposition Pending    June 10, 1999

  Returned On Warrant  June 11, 1999

  Convicted Upon Plea Of Guilty June 11, 1999
    -- DWAI Alcohol- 2 Or More Prior Convictions VTL 1192 within 10 Years
       VTL 1192 Sub 01           Class U       Misdemeanor       NCIC 5404

       **In Full Satisfaction of:**
       -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
          VTL 1192 Sub 02    Class U  Misdemeanor  NCIC 5404

       -- Driving While Intoxicated- 1st Offense
          VTL 1192 Sub 03  Class U  Misdemeanor NCIC 5404

       -- Motor Vehicle License Violation:No License
          VTL 0509 Sub 01    Infraction NCIC 5499

       Sentenced to: Conditional discharge                    Sentence Date: July 16, 1999
                    Alcohol Abuse Program
                    Custody/Fine: 7 Day(s)/$350 Status: Paid in Full

Y. Bell                                                                         7/6/2007   9