UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES

                **Vs.**

DANIEL DE JESUS CEDENO,

        Defendant
-----------------------------------------------------------------X

DECLARATION OF
SUSANA ABARCA
**07 cr. 964**

SUSANA ABARCA, being duly sworn, hereby declares as follows:

1. I am the attorney for defendant, Daniel De Jesus Cedeno, in the above captioned matter.

2. This declaration is respectfully submitted to place before the Court a motion to dismiss indictment with supporting documents that is attached hereto.

3. That we last appeared before the Court on November 16, 2007. The Court ordered to file motions and is scheduled for decision on January 17, 2008 at 2:30PM. It is respectfully submitted that the attached documents will assist the Court in the decision of this case.

I hereby declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: Queens, New York
       December 14, 2007

_____
SUSANA ABARCA