```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :    AFFIRMATION

        - v. -                     :    07 Cr. 964 (PAC)

DANIEL DEJESUS CEDENO,             :

                Defendant.         :

- - - - - - - - - - - - - - - - - x

STATE OF NEW YORK          )
COUNTY OF NEW YORK         )  ss.:
SOUTHERN DISTRICT OF NEW YORK )
```

CHRISTIAN R. EVERDELL, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York, and am responsible for the prosecution of <u>United States v. Daniel DeJesus Cedeno</u>, 07 Cr. 964 (PAC). As such, I have personal knowledge of the facts set forth in this affirmation.

2. Attached are true and correct copies of the following documents:

   A. Declaration of Thomas J. Kilbride.

   B. Immigrant Visa and Alien Registration for Daniel DeJesus Cedeno.

   C. Petition to Classify Status of Alien Relative For Issuance of Immigrant Visa, signed by Miladys Altagracia Medina.

   D. The defendant's criminal history.

    E.     Sentence and Order of Commitment, <u>People v. Daniel Cedeno</u>, No. 1562-86.

    F.     Order to Show Cause and Notice of Hearing for Daniel DeJesus Cedeno, dated 12/1/87.

    G.     Order of the Immigration Judge, <u>In re Daniel DeJesus Cedeno</u>, dated 9/6/88.

    H.     Warrant of Deportation for Daniel DeJesus Cedeno, dated 9/9/88.

    I.     Expired Dominican Republic passport of Daniel DeJesus Cedeno.

    J.     Indictment, <u>United States v. Daniel DeJesus Cedeno</u>, 07 Cr. 964 (PAC).

    K.     Report of Donna O. Eisenberg, Forensic Document Examiner, dated January 3, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
            January 6, 2008

                                    /s/ Christian R. Everdell
                                  CHRISTIAN R. EVERDELL
                                  Assistant United States Attorney