# EXHIBIT B

OPTIONAL FORM 155A (6-82)
(Formerly OF-155)
DEPT. OF STATE

NSN 7540-01-126-7761

50155-201

IV- 8,501,573

# IMMIGRANT VISA AND ALIEN REGISTRATION

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

**OF:** (Family Name) CEDENO, (First Name) DANIEL DE JESUS (Middle Name)

INS FILE #, IF KNOWN

**ACTION BY IMMIGRATION INSPECTOR**
U.S. IMMIGRATION
NEW YORK, N.Y. 1447
NOV 20 1983
ADMITTED P2-2
UNTIL ___ (CLASS)
A38 501 573

**THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA** (Name of vessel or flight no. of arrival)
20 902  Nov 20, '83

CITY AND COUNTRY OF BIRTH: SANTO DOMINGO, DOM. REP.
CITY AND COUNTRY OF LAST RESIDENCE: SANTO DOMINGO, DOM. REP.

MARITAL STATUS: ☐M ☒X ☐S ☐W ☐D ☐SEP
MOTHER'S FIRST NAME: MILEDYS
FATHER'S FIRST NAME: CARLOS

**INELIGIBILITY FOR VISA WAIVED UNDER SECTION**
☐ 212(e) ☐ 212(h) ☐ 212(g) ☐ 212(i)

MO-DAY-YR OF BIRTH: 03JAN65
NATIONALITY: DOMINICAN

**FINAL ADDRESS IN THE UNITED STATES**
STREET ADDRESS: 221 ROEBLING ST.
CITY, STATE, AND ZIP CODE: BROOKLYN,, NY 11211

**SEC. 212(a)(14) LABOR CERTIFICATION** ☒ NOT APPLICABLE ☐ NOT REQUIRED ☐ ATTACHED
**OCCUPATION:** STUDENT
SEX: ☒M ☐F

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN EMBASSY AT SANTO DOMINGO
Consular Officer of the United States of America

**IMMIGRANT CLASSIFICATION**
CLASSIFICATION SYMBOL: P2-2
FOREIGN STATE/OTHER AREA LIMITATION: DOMINICAN REPUBLIC
IMMIGRANT VISA NO.: SDO 831 6707 601
ISSUED ON: 12OCT83
THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF: 08FEB84

**PASSPORT**
NO.: 639398
OR OTHER TRAVEL DOCUMENTS (Describe):
ISSUED TO:
BY:
ON:
EXPIRES:

Tariff No. 21
Fee paid $20
Local Cy. Equiv.

IV- 8,501,573

PROCESSED FOR I-551
TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE
VALID UNTIL NOV 20 1984
EMPLOYMENT AUTHORIZED

ACTION OF I.J.
ACTION ON APPEAL
U.S.P.H.S.

E2
9-6-88

Optional Form 230 (Spanish) (Rev. 7-79) (Formerly FS-510) Dept. of State—50230-303

Case 1:07-cr-00964-PAC    Document 13-9    Filed 05/06/2008    Page 3 of 8

Previous Editions Not Useable

Solicitud de Visa de Residencia
es de $25 Dolares.

Sol...esto por Esta Form Approved O.M.B. 47-RO150

# DEPARTAMENTO DE ESTADO
## SOLICITUD DE VISA DE INMIGRANTE Y REGISTRO DE EXTRANJERO

INSTRUCCIONES ste cuestionario debe llenarse por DUPLICADO a máquina o, de hacerlo a mano, en letras de molde legibles. Deben contestar TODAS las preguntas pertinentes. Cuando una pregunta no es pertinente, indíquese N.P. (no pertinente). Si el espacio previsto en el cuestionario para la respuesta a alguna pregunta fuere insuficiente, sírvase contestar en hojas aparte, por duplicado, indicando los mismos números de las preguntas del cuestionario a las que corresponden las respuestas. Anexe las hojas al cuestionario. NO FIRME este cuestionario hasta que el funcionario consular le indique que lo haga. Los derechos para la presentación de esta solicitud de visa de inmigrante son de U.S. $5.00. Estos derechos deben abonarse en dólares de los Estados Unidos o en su equivalente en moneda nacional, o mediante giro bancario, en oportunidad de presentar la solicitud al funcionario consular.

*ADVERTENCIA: Toda declaración falsa u ocultación de un hecho pertinente, puede ser causa de exclusión permanente de los Estados Unidos. Aun cuando el peticionario ya hubiere sido admitido a los Estados Unidos, una declaración fraudulenta puede ser motivo de su enjuiciamiento, deportación, o ambos.*

# DEPARTMENT OF STATE
## APPLICATION FOR IMMIGRANT VISA AND ALIEN REGISTRATION

INSTRUCTIONS: This form must be filled out in DUPLICATE by typewriter, or if by hand in legible block letters. ALL questions must be answered, if applicable. Questions which are not applicable should be so marked. *If there is insufficient room on the form, answer on separate sheets, in duplicate using the same numbers as appear on the form. Attach the sheets to the forms. DO NOT SIGN this form until instructed to do so by the consular officer.* The fee for filing this application for an immigrant visa is $5.00. The fee should be paid in United States dollars or local currency equivalent or by bank draft, when you appear before the consular officer.

*WARNING: Any false statement or concealment of a material fact may result in your permanent exclusion from the United States. Even though you should be admitted to the United States, a fraudulent entry could be grounds for your prosecution and/or deportation.*

1. Apellido(s) (*Family name*): **Cedeño Medina**   Nombre (*First name*): **Daniel**   Segundo Nombre (*Middle name*): **De Jesus**

2. Otros nombres que haya usado o por los cuales se le conozca (*si es mujer casada, indique aquí el apellido de soltera*)
(Other names used or by which known (*if married woman, give maiden name*))

3. Nombre completo en alfabeto nacional, si no se usan caracteres romanos (v.g.: árabe)
(Full name in native alphabet (*if Roman letters not used*))

4. Fecha de nacimiento (*Date of birth*)  Día (*Day*) Mes (*Month*) Año (*Year*): **3 Enero, 1965**
5. Edad (*Age*): **18 años**
6. Lugar de nacimiento (*Place of birth*)  Ciudad o pueblo (*City or town*) (*Prov. o Dpto.*) (*Province*) País (*Country*): **Santo Domingo, Republica Dominicana**

7. Nacionalidad (*Nationality*): **Dominicana**
8. Sexo (*Sex*): [X] Masculino (Male)  [ ] Femenino (Female)
9. Estado civil (*Marital Status*): [X] Soltero (Quien nunca se haya casado) (Single never married)  [ ] Casado (Married)  [ ] Viudo (Widowed)  [ ] Divorciado (Divorced)  [ ] Separado (Separated)

Incluyendo mi matrimonio actual, me he casado _____ veces.
(Including my present marriage, I have been married _____ times.)

10. Ocupación (*Occupation*): **Estudiante**
11. Domicilio actual (*Present address*): **Abreu # 49 (San Carlos)**

12. Nombre completo, domicilio, lugar y fecha de nacimiento del cónyuge (dé el apellido de soltera de la esposa)
(Name, address, date and place of birth of wife/husband (*Give maiden name of wife*))

Fecha y lugar en que se celebró el matrimonio
(*Date and place of marriage*)

13. Nombres, domicilios, fechas y lugares de nacimiento de todos los hijos.
(Names, addresses, dates and places of birth of all children)

14. Personas nombradas en los números 12 y 13 que me acompañarán o me seguirán a los Estados Unidos:
(Person named in 12 and 13 who will accompany or follow me to the United States)

15. Domicilio definitivo en los EE.UU.
(Final address in the U.S.)

#16

Entiendo que estoy obligado a entregar mi visa al funcionario de Inmigración de los Estados Unidos en el lugar donde solicite entrada a dicho país, y además entiendo que el poseer una visa no me da derecho a entrar a los Estados Unidos si en ese momento se determina que soy inadmisible de acuerdo con las leyes de inmigración.

(I understand that I am required to surrender my visa to the United States Immigration Officer at the place where I apply to enter the United States, and that the possession of a visa does not entitle me to enter the United States if at that time I am found to be inadmissible under the immigration laws.)

También entiendo que cualquier declaración hecha por mí en esta solicitud, que sea intencionalmente falsa o tergiversada, o el haber ocultado intencionalmente algún hecho esencial, puede ser causa de que se me rehuse permanentemente la entrada a los Estados Unidos, y de que, si ya hubiere entrado a los Estados Unidos, podría estar sujeto a enjuiciamiento penal, deportación, o ambos.

(I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may subject me to permanent exclusion from the United States and, if I am admitted to the United States, may subject me to criminal prosecution and/or deportation.)

*Yo, el suscrito, solicitante de una visa de inmigrante para los Estados Unidos, juro solemnemente (o afirmo) que todas las declaraciones que aparecen en esta solicitud fueron hechas por mí incluyendo las respuestas a los párrafos del 32 al 41 inclusive, y que éstas son verídicas y completas a mi mejor saber y entender. Además, juro (o afirmo) que en caso de ser admitido en los Estados Unidos, no llevaré a cabo actividades que serían perjudiciales al interés público o podrían en peligro el bienestar, la seguridad o la tranquilidad de los Estados Unidos, ni me dedicaré a actividades prohibidas por las leyes de los Estados Unidos en lo relacionado con espionaje, sabotaje o desorden público, ni a otras actividades subversivas a la seguridad nacional, ni a ninguna actividad que tenga por objeto oponerse, dominar o derrocar el Gobierno de los Estados Unidos por medio de la fuerza, la violencia u otros medios anticonstitucionales. Comprendo perfectamente las declaraciones que anteceden, habiendo pedido y obtenido una explicación de cada una de las cláusulas que no había entendido con claridad.*

*[I, the undersigned applicant for a United States immigrant visa, do solemnly swear (or affirm) that all statements which appear in this application have been made by me, including the answer to parts 32 through 41 inclusive, and are true and complete to the best of my knowledge and belief. I do further swear (or affirm) that, if admitted into the United States, I will not engage in activities which would be prejudicial to the public interest, or endanger the welfare, safety, or security of the United States; in activities which would be prohibited by the laws of the United States relating to espionage, sabotage, public disorder, or in other activities subversive to the national security; in any activity a purpose of which is the opposition to, or the control, or overthrow of, the Government of the United States, by force, violence, or other unconstitutional means. I understand all the foregoing statements, having asked for and obtained an explanation on every point which was not clear to me.]*

_____
Firma del solicitante
(Signature of Applicant)

El parentesco alegado por el solicitante en los números 12 y 13 y verificado mediante documentación sometida al funcionario consular excepto según se indica:

(The relationships claimed in items 12 and 13 verified by documentation submitted to consular officer except as noted:)

Firmado y juramentado ante mí, el día ............ del mes de ........................... del año de ............ en la ciudad de ......................

OCT 1 2 1983

(Subscribed and sworn to before me this ............ day of ........................., 19........ at ......................)

_____
Firma del Funcionario Consular
(Consular Officer)

TARIFF ITEM No. 20

**EXCEPTO CUANDO LA LEY DISPONGA LO CONTRARIO, LOS EXTRANJEROS COMPRENDIDOS EN CUALQUIERA DE LAS SIGUIENTES CLASES DE PERSONAS NO SON ELEGIBLES PARA OBTENER UNA VISA DE INMIGRANTE:**

**(EXCEPT AS OTHERWISE PROVIDED BY LAW, ALIENS WITHIN ANY OF THE FOLLOWING CLASSES ARE INELIGIBLE TO RECEIVE AN IMMIGRANT VISA)**

a) Los retardados mentales, los dementes o quienes hayan sufrido uno o más ataques de locura; quienes sufran de personalidad psicopática, desviación sexual, o defecto mental; quienes sean adictos al uso de narcóticos, los alcohólicos crónicos o quienes sufran de alguna enfermedad contagiosa peligrosa; quienes tengan algún defecto físico, enfermedad o incapacidad que afecte su capacidad para ganarse la vida; los indigentes, los mendigos profesionales y los vagos; quienes hayan sido convictos de algún delito que implique depravación moral o quienes admitan haber cometido los elementos esenciales de tal delito, o quienes hayan sido sentenciados o confinados cuando menos durante un total de cinco años por haber sido declarados culpables de dos o más delitos; los polígamos o quienes practiquen o prediquen la poligamia; las prostitutas o quienes hayan negociado en prostitución, lo mismo que quienes se hayan beneficiado financieramente con la prostitución y quienes hayan sido proxenetas o hayan importado personas para dedicarlas a la prostitución; quienes pretendan entrar a los Estados Unidos para negociar en prostitución o en cualquier otro vicio comercializado, o para llevar a efecto cualquier acto sexual inmoral; las personas que intenten entrar a los Estados Unidos con el objeto de trabajar en ocupaciones calificadas o no calificadas y que no hayan obtenido previamente la certificación respectiva del Secretario del Trabajo de los Estados Unidos, y aquellas personas que posiblemente se convertirían en carga pública en los Estados Unidos.

a) Aliens who are mentally retarded, insane, or who have suffered one or more attacks of insanity; aliens afflicted with psycopathic personality, sexual deviation, a mental defect, narcotic drug addiction, chronic alcoholism, or any dangerous contagious disease; aliens who have a physical defect, disease or disability affecting their ability to earn a living; aliens who are paupers, professional beggars, or vagrants; aliens convicted of a crime involving moral turpitude or who admit committing the essential elements of such a crime, or who have been sentenced to confinement for at least five years in the aggregate for conviction of two or more crimes; aliens who are polygamists, or who practice or advocate polygamy; aliens who are prostitutes, or who have engaged in, benefitted financially from, procured or imported persons for the purpose of prostitution, or who seek entry to the United States to engage in prostitution or other commercialized vice, or any immoral sexual act; aliens who seek entry to perform skilled or unskilled labor and who have not been certified by the Secretary of Labor; and aliens likely to become a public charge in the United States.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas? (Do any of the foregoing classes apply to you?)
Sí ☐   No ☒   (Si la respuesta es afirmativa, explique)
(Yes)  (No)   (If answer is Yes, explain)

b) Quienes pretendan regresar a los Estados Unidos antes de haber transcurrido un año desde que fueron excluidos de los Estados Unidos, o quienes hubieren sido arrestados y deportados de dicho país o expulsados a costa del Gobierno en lugar de ser deportados; o sacados como personas indigentes, o como extranjeros enemigos; las personas que hayan obtenido o tratado de obtener una visa u otra documentación por medio de fraude o por tergiversación internacional de los hechos; aquellos que no sean elegibles para la ciudadanía estadounidense o quienes hayan salido y permanecido fuera de los Estados Unidos para evadir el servicio militar en tiempo de guerra o emergencia nacional; quienes hayan sido convictos por violar o tratar de violar ciertas leyes o reglamentos concernientes a los narcóticos o a la marihuana, o quienes sean conocidos como traficantes o se crea hayan traficado ilícitamente con narcóticos o marihuana; quienes traten de entrar a los Estados Unidos provenientes de territorios contiguos o islas adyacentes, dentro de los dos años de su arribo a tal territorio o isla, si su entrada al mismo la verificó usando los servicios de una empresa de transportes no signataria de convenciones internacionales; quienes no lean y comprendan algún idioma o dialecto; quienes a sabiendas y por remuneración hayan aconsejado o ayudado a cualquier otro extranjero a entrar o tratar de entrar a los Estados Unidos infringiendo las leyes; quienes habiendo estado en los Estados Unidos en calidad de visitantes de intercambio no hayan llenado el requisito de los dos años de residencia fuera de dicho país; y, los extranjeros graduados de escuelas de medicina extranjeras, que tienen el propósito de entrar en los Estados Unidos para prestar servicios médicos, no son elegibles para recibir una visa, a menos que hayan aprobado las partes I y II del examen NBME u otro equivalente, como está ordenado por el Ministerio de Salud, Educación y Asistencia Social.

b) Aliens who seek re-entry within one year of their exclusion from the United States, or who have been arrested and deported from the United States, or removed at Government expense in lieu of deportation, or removed as an alien in distress or as an alien enemy; aliens who procure or attempt to procure a visa or other documentation by fraud or willful misrepresentation; aliens who are not eligible to acquire United States citizenship, or who have departed from or remained outside the United States to avoid United States military service in time of war or national emergency; aliens who have been convicted for violating or conspiring to violate certain laws or regulations relating to narcotic drugs or marihuana, or who are known or believed to be, or to have been, an illicit trafficker in narcotic drugs or marihuana; aliens seeking entry from foreign contiguous territory or adjacent islands within two years of their arrival therein on a non-signatory carrier; aliens who are unable to read and understand some language or dialect; aliens who, knowingly and for gain, have encouraged or assisted any other alien to enter, or attempt to enter, the United States in violation of law; aliens who are former exchange visitors who have not fulfilled the two-year foreign residence requirement; and aliens who are graduates of foreign medical schools destined to the United States to perform medical services are ineligible for a visa unless they have passed parts I and II of the NBME Exam or an equivalent exam as determined by the Department of Health, Education and Welfare.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas?
(Do any of the foregoing classes apply to you?)
Sí ☐   No ☒   (Si la respuesta es afirmativa, explique)
(Yes)  (No)   (If answer is Yes, explain)

c) Quienes sean, o en cualquier momento hayan sido anarquistas, o miembros o afiliados a cualquier partido comunista u otro partido totalitario, inclusive cualquier subdivisión u organismo afiliado al mismo; quienes prediquen o enseñen o hayan predicado o enseñado, ya sea personalmente o por medio de material escrito o impreso, o por afiliación a alguna organización: 1) oposición al gobierno organizado, 2) derrocamiento del gobierno por la fuerza o la violencia, 3) el asalto o asesinato de funcionarios del gobierno por el hecho de serlo, 4) la destrucción ilegal de bienes, 5) el sabotaje, ó 6) las doctrinas del comunismo mundial o el establecimiento de una dictadura totalitaria en los Estados Unidos; quienes pretendan entrar a los Estados Unidos para llevar a cabo actividades perjudiciales o ilegales que sean de naturaleza subversiva; y quienes durante el período comprendido entre el 23 de marzo de 1933 y el 8 de mayo de 1945, bajo la dirección del gobierno nazi de Alemania, ordenaron, incitaron, asistieron o de cualquier otra manera participaron en la persecución de cualquier persona debido a su raza, religión, origen nacional o ideas políticas.

c) Aliens who are, or at any time have been, anarchists, or members of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate thereof; aliens who advocate or teach, or who have advocated or taught, either by personal utterance, or by means of any written or printed matter, or through affiliation with an organization, (1) opposition to organized government, (2) the overthrow of government by force and violence, (3) the assaulting or killing of government officials because of their official character, (4) the unlawful destruction of property, (5) sabotage, (6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States; aliens who seek to enter the United States to engage prejudicial activities or unlawful activities of a subversive nature; and aliens who during the period beginning on March 23, 1933, and ending on May 8, 1945, under the direction of the Nazi Government of Germany, ordered, incited, assisted or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion.

¿Pertenece Ud. a alguna de las clases de personas arriba mencionadas? (Do any of the foregoing classes apply to you?)
Sí ☐   No ☒   (Si la respuesta es afirmativa, explique)
(Yes)  (No)   (If answer is Yes, explain)

29. Enumere todas las organizaciones de las que usted es o haya sido miembro, socio o afiliado desde que cumplió los 16 años (inclusive las organizaciones profesionales, vocacionales, sociales y políticas).
    [List all organizations you are now or have been a member of or affiliated with since your sixteenth birthday (include professional, vocational, social and political organizations)]

| Nombre y domicilio de la organización (Name and address) | Fechas (Dates) Desde – Hasta (from – to) | Categoría de miembro o cargo ejercido (Type of membership and office held, if any) |
|---|---|---|
| | | |

30. Enumere todos los idiomas, inclusive el propio, que usted habla, lee y escribe
    (List all languages, including your own, that you can speak, read and write)

| Idioma (Language) | Hablo (Speak) | Leo (Read) | Escribo (Write) |
|---|---|---|---|
| Espanol | Espanol | Espanol | Espanol |

31. Enumere, incluyendo fechas, los períodos durante los cuales ha residido o visitado los Estados Unidos. (Cite el tipo de visa que usó o condición en que hizo la(s) visita(s).) (Si nunca visitó este país, manifiéstelo.)
    [Inclusive dates of previous residence in or visits to the United States (Give type of visa or status) (If never so state)]

    Nunca lo ha visitado

32. ¿Ha recibido Ud. tratamiento para desórdenes mentales, alcoholismo o por ser adicto a narcóticos en algún hospital, institución, o en cualquier otro lugar? (Si la respuesta es afirmativa, explique)
    [Have you ever been treated in a hospital, institution or elsewhere for a mental disorder, drug addiction or alcoholism? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

33. ¿Ha sido Ud. arrestado, convicto o recluído en prisión o internado en algún asilo para indigentes, o en alguna otra institución de caridad? (Si la respuesta es afirmativa, explique)
    [Have you ever been arrested, convicted or confined in a prison, or have you ever been placed in a poorhouse or other charitable institution? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

34. ¿Se le ha concedido a Ud. perdón o amnistía, decreto de rehabilitación, o algún otro acto de clemencia o acción semejante? (Si la respuesta es afirmativa, explique)
    [Have you ever been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

35. ¿Ha solicitado Ud. alguna vez visa para entrar a los Estados Unidos? (Si la respuesta es afirmativa indique cuándo y dónde la solicitó, si la solicitó de inmigrante o de no-inmigrante, y si ésta le fue otorgada o rehusada)
    [Have you ever applied for a visa to enter the United States? (If answer is Yes, state where and when, whether you applied for a nonimmigrant or an immigrant visa and whether the visa was issued or refused)]  Sí ☐ (Yes)  No ☒ (No)

36. ¿Se le ha rehusado a Ud. entrada a los Estados Unidos durante los últimos doce meses? (Si la respuesta es afirmativa, explique)
    [Have you been refused admission to the United States during the last twelve months? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

37. ¿Se ha inscrito Ud. en el Servicio Militar, bajo las leyes del Servicio Selectivo de los Estados Unidos (United States Selective Service Law) (Si la respuesta es afirmativa, explique)
    [Have you ever registered with a draft board under United States Selective Service Laws? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

38. ¿Ha solicitado Ud. en alguna ocasión que se le exima del entrenamiento y servicio en las fuerzas armadas de los Estados Unidos, o ha salido y permanecido fuera de los Estados Unidos para evadir o evitar el servicio militar? (Si la respuesta es afirmativa, explique)
    [Have you ever applied for relief from training and service in the United States armed forces or departed from or remained outside the United States to avoid or evade military service? (If answer is Yes, explain)]  Sí ☐ (Yes)  No ☒ (No)

39. ¿Es su intención entrar a los Estados Unidos desde Canadá, México, o desde alguna isla adyacente a los Estados Unidos, dentro de los dos años de haber llegado a dichos países o islas adyacentes? (Si la respuesta es afirmativa, consigne el nombre de la empresa de transportes que usó para entrar, o por medio de la cual piensa entrar a México, Canadá o a tal isla adyacente)
    [Do you intend to enter the United States from Canada, Mexico or an island adjacent to the United States within two years after arrival in Canada, Mexico or such adjacent island? (If answer is Yes, give the name of the transportation company by which you entered or intend to enter Canada, Mexico or such island)]  Sí ☐ (Yes)  No ☒ (No)

40. Las leyes de los Estados Unidos que rigen la emisión de visas requieren que cada solicitante de visa declare si pertenece o no a cualquiera de las clases de personas inadmisibles a los Estados Unidos. Las clases de personas inadmisibles se decriben a continuación. Lea minuciosamente los párrafos que siguen; la comprensión de su significado y las respuestas que Ud. dé a las preguntas siguientes asistirán al funcionario consular a tomar una decisión respecto de su elegibilidad para obtener una visa.
    United States laws governing the issuance of visas require each applicant to state whether or not he is a member of any class of individuals excluded from admission into the United States. The excludable classes are described below. You should read carefully the following paragraphs; your understanding of their content and the answers you give to the questions that follow will assist the consular officer to reach a decision on your eligibility to receive a visa.

16. Nombre, parentesco (de haberlo) y domicilio de la persona con quien se reunirá en los Estados Unidos.
    (Person you intend to join (Give name, address and relationship, if any))

17. Nombre y domicilio de la persona u organización que lo patrocina (si no es la misma indicada en el número 16)
    (Name and address of sponsoring person or organization (If different from 16))

Miledys Medina, Madre, 221 Roebling S.T. Brooklyn N. Y.

18. Filiación personal: (Personal description)
    a) Color del cabello (Color of hair)
    b) Color de los ojos (Color of eyes)
    c) Estatura (Height) ......... m. (ft.) ......... cm. (in.)
    d) Tez (Complexion)

19. Señas particulares (Marks of identification)

a) Negros, b) Negros, c) 5 pies 7 pulgadas, d) Indio

20. Motivo del viaje a los EE.UU. (Purpose in going to the United States)

21. ¿Cuánto tiempo piensa permanecer en los EE.UU.? (Si permanente, indíquelo)
    (Length of intended stay (If permanently, so state))

22. Puerto de entrada (Intended port of entry)

23. ¿Tiene usted pasaje hasta su destino final? (Do you have a ticket to final destination?)

24. Recursos financieros personales (Personal financial resources)
    (a) Efectivo (Cash) ...............
    (b) Depósitos bancarios (Bank deposits) ...............
    (c) Bienes raíces (su valor) (Real Estate (Value)) ...............
    (d) Otros (descríbanse) (Other (describe)) ...............

25. Nombre completo, domicilio, fecha y lugar de nacimiento del padre (si ha fallecido, indíquese en qué año murió)
    (Father's name, address, date and place of birth (If deceased, so state giving year of death))

Carlos Julio Cedeno, Abreu #49, 28 de octubre, 1925, Santo Domingo, R. D.

26. Nombre completo de soltera, domicilio, fecha y lugar de nacimiento de la madre (si ha fallecido, indíquese en qué año murió)
    (Mother's maiden name, address, date and place of birth (If deceased, so state giving year of death))

Miledys Medina, 221 Roebling st Brooklyn N.Y., 4 Septimbre, 1945, Cabral Barahona.

27. Nombre completo, domicilio y grado de parentesco de su pariente más cercano en el país de su residencia (este dato debe consignarse si ambos padres han fallecido)
    (Name, address and relationship of next of kin in home country (If neither parent is living))

28. Enumere todos los lugares en que usted ha residido durante seis meses o más desde que cumplió los 16 años:
    (List all places of residence for 6 months or more since your sixteenth birthday)

| Ciudad o pueblo (City or town) | Provincia o Depto. (Province) | País (Country) | Fechas (Dates) Desde – Hasta (from – to) | Ocupación (Calling or occupation) |
|---|---|---|---|---|
| Santo Domingo | | Republica Dominicana | | Estudiante |

41. ¿Le ayudó alguien a llenar esta solicitud? (Si la respuesta es afirmativa, indique el nombre y domicilio de la persona que le ayudó, e indique si es pariente, amigo, agente de viajes, abogado, etc.)   Sí ☐ (Yes)   No ☐ (No)
(Were you assisted in completing this application? (If answer is Yes, give name and address of person assisting you indicating whether relative, friend, travel agent, attorney or other))

Nombre Completo (Name)          Domicilio (Address)          Relación con la persona que le ayudó (Relationship)

42. A esta solicitud se anexan los siguientes documentos:
(The following documents are submitted in support of this application)

- ☐ Pasaporte (Passport)
- ☐ Certificado de nacimiento (Birth Certificate)
- ☐ Certificado(s) de policía (Police Certificate(s))
- ☐ Certificado de matrimonio (Marriage Certificate)
- ☐ Certificado de defunción (Death Certificate)
- ☐ Certificado de divorcio (Divorce Decree)
- ☐ Hoja de servicio militar (Military Record)
- ☐ Comprobante de medios económicos propios (Evidence of own assets)
- ☐ Declaración jurada de manutención (Affidavit of support)
- ☐ Oferta de empleo (Offer of employment)
- ☐ Certificado(s) médico(s) (Medical record(s))
- ☐ Fotografías (Photographs)
- ☐ Otros (descríbanse) (Other) (describe))
- ☐ Certificado de nacimiento del cónyuge (Birth Certificate of Spouse)

☐ Certificado de nacimiento de los hijos solteros menores de 21 años que no emigrarán a los EE.UU. en este momento (enumere aquellos que no tienen dicho certificado o cuyo certificado de nacimiento se ha presentado en esta oportunidad en relación con una solicitud de visa).
(Birth Certificates of unmarried children under age 21 who will not be immigrating to the U.S. at this time (List those for whom birth certificates are not available or whose birth certificates are being submitted at this time in connection with a visa application))

**NO ESCRIBA EN LOS ESPACIOS DEBAJO DE ESTA LINEA**
El funcionario consular le ayudará a contestar los párrafos 43 y 44

**(DO NOT WRITE BELOW THE FOLLOWING LINE**
The Consular Officer will assist you in answering parts 43 and 44)

43. Declaro estar exento de inelegibilidad para recibir una visa y exclusión bajo el rubro ..........., del párrafo 40, por las siguientes razones:
(I claim to be exempt from ineligibility to receive a visa and exclusion under item ............ in part 40 for the following reasons:)

- ☐ 212(a)(14)
- ☐ No pertinente (Not Applicable)
- ☐ Se adjunta (Attached)
- ☐ Beneficiario de una exención (Beneficiary of Waiver)
- ☐ 212(a)(28)(1)(i)
- ☐ 212(a)(28)(1)(ii)
- ☐ 212(b)(1)
- ☐ 212(b)(2)
- ☐ 212(e)
- ☐ 212(g)
- ☐ 212(h)
- ☐ 212(i)

44. Declaro ser: (I claim to be a)

- ☐ Immigrante ............... de preferencia, sujeto a la limitación numérica de ...............
  (País extranjero o zona dependiente)
  (............... preference immigrant subject to the numerical limitation for ...............)
  (Foreign state or dependent area)
- ☐ Inmigrante especial que no está sujeto a limitación numérica. (Special immigrant not subject to limitation)
- ☐ Pariente inmediato de ciudadano norteamericano. (Immediate relative of a United States citizen)
- ☐ Mi declaración se basa en los siguientes hechos: (My claim is based on the following facts:)
- ☐ Yo soy (mi ............... es) el (la) beneficiario(a) de una petición ...............
  (I am (my ............... is) the beneficiary of a ............... petition)
- ☐ Yo soy un residente extranjero que retorna. (I am a returning resident alien)
- ☐ Derivo imputación a nación extranjera conforme a la Sec. 202(b) (  ) por mi ...............
  (I derive foreign state chargeability under Section 202(b) (  ) through my ...............
- ☐ Otros (especifique)
  (Other (specify))

*mother*