# EXHIBIT C

Immigration and Naturalization Service

OMB No. 1115-0054
Approval expires 4-83

# PETITION TO CLASSIFY STATUS OF ALIEN RELATIVE FOR ISSUANCE OF IMMIGRANT VISA

Fee Stamp

APR 8 1983 354549

Immigration and Naturalization Service
New York, N.Y.

(PLEASE CHECK — YOU ARE THE PETITIONER AND YOUR RELATIVE IS THE BENEFICIARY)

**TO THE SECRETARY OF STATE:**

The petition was filed on ___APRIL 8, 1983___

The petition is approved for status under section:

- [ ] 201(b) SPOUSE, CHILD
- [x] 203(a)(2)
- [ ] 201(b) PARENT
- [ ] 203(a)(4)
- [ ] 203(a)(1)
- [ ] 203(a)(5)

DATE OF ACTION: MAY 16 1983

DD / DISTRICT: NEW YORK, N.Y.   CFH/MAS

U.S. APPROVED INS

**REMARKS**
- [ ] PERSONAL INTERVIEW CONDUCTED
- [x] DOCUMENT CHECK ONLY
- [ ] FIELD INVESTIGATION COMPLETED
- [ ] APPROVAL PREVIOUSLY FORWARDED

P2-2 Feb 27/81
8316706

(PETITIONER IS NOT TO WRITE ABOVE THIS LINE)

1. Name of beneficiary (Last, in CAPS) (First) (Middle): **CEDEÑO   DANIEL   DE JESUS**
2. Do Not Write in This Space
3. Beneficiary's marital status: [ ] Married [ ] Widowed [ ] Divorced [x] Single
4. Other names used by beneficiary (including maiden name if married): **CEDEÑO, DANIEL DE JESUS**
5. Has this beneficiary ever been in the U.S.? [ ] YES [x] NO
6. Country of beneficiary's birth: **DOMINICAN REPUBLIC**
7. Date of beneficiary's birth (Month, day, year): **JANUARY 3, 1965**
8. Are beneficiary and petitioner related by adoption? [ ] YES [x] NO
9. Petitioner's name is: (Last, in CAPS) (First) (Middle): **MEDINA   MILEDYS ALTAGRACIA**
10. Petitioner's phone No.: **(212) 388-1834**
11. The beneficiary is my: (relationship) **SON**
12. Other names used by petitioner (including maiden name if married woman): **MILEDYS ALTAGRACIA MEDINA de CEDEÑO**
13. Name of beneficiary's spouse, if married, and date and country of birth (Omit this item if petition is for your spouse): **NONE**
14. Full address of beneficiary's spouse and children, if any (Omit this item if petition is for your spouse): **NONE**
15. Names, birthdates and countries of birth of beneficiary's children: **NONE**
16. Check the appropriate box below and furnish the information required for the box checked:
   - [x] Beneficiary will apply for a visa abroad at the American Consulate in **SANTO DOMINGO   DOMINICAN REPUBLIC** (CITY IN FOREIGN COUNTRY) (FOREIGN COUNTRY)
   - [ ] Beneficiary is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at _____ (CITY) (STATE)

If the application for adjustment of status is denied, the beneficiary will apply for a visa abroad at the American Consulate in _____ (CITY IN FOREIGN COUNTRY) (FOREIGN COUNTRY)

Address in the United States where beneficiary will reside: **221 ROEBLING STREET APT. 2   B'KLYN   NEW YORK   11211** (Apt. No.) (Number and street) (Town or city) (Province or State) (ZIP Code)

Address at which beneficiary is presently residing: **ABREU #49   SANTO DOMINGO   DOMINICAN REP.**

(a) Beneficiary's address abroad (if any) is: (Number and Street) (Town or City) (Province) (Country)
**ABREU #49   SANTO DOMINGO   DOMINICAN REP.**

(b) If the beneficiary's native alphabet is other than Roman letters, write his/her name and address in the native alphabet:
(Name) (Number and Street) (Town or City) (Province) (Country)
**DANIEL de JESUS CEDEÑO,   ABREU #49   SANTO DOMINGO   DOMINICAN REP.**

OVER

M I-130
9-1-82) Y

| RECEIVED | TRANS. IN | RET'D. TRANS. OUT | COMPLETED |
|---|---|---|---|
| APR - 6 1983 | | | MAY 16 1983 |

| 20. If beneficiary is in the United States, give the following information concerning beneficiary: | | |
|---|---|---|
| (a) Last arrived in U.S. as ___NONE___ (Visitor, student, exchange alien, crewman, stowaway, etc.) on (Month) (Day) (Year) | (b) Date beneficiary's stay expired or will expire as shown on his Form I-94 or I-95. (Month) (Day) (Year) | (c) Beneficiary's File number if any A- |
| (d) Name and address of beneficiary's present employer  NONE | | (e) Date beneficiary began this employment |

21. I was born: (Month) (Day) (Year) **Sto Dgo 9-4-45** in: (Town or city) **Sto Dgo** (State or Province) (Country) **Dom. Republic**

22. If you are a citizen of the United States, give the following: Citizenship was acquired: (Check one)
   ☐ through birth in the U.S.   ☐ through parents   ☐ through naturalization   ☐ through marriage
   (1) If acquired through naturalization, give name under which naturalized or name used prior to naturalization, if different from your present name, number of naturalization certificate, and date and place of naturalization:
   
   (2) If known, my former alien registration number was A ___
   (3) If acquired through parentage or marriage, have you obtained a certificate of citizenship in your own name? ___
      (a) If so, give number of certificate and date and place of issuance: ___
      (b) If not, submit evidence of citizenship in accordance with instruction 3 a (2)

23. If you are a lawful permanent resident alien of the United States, give the following:
   a. Alien Registration Number **A-37034616**   b. Date, place, and means of admission for lawful permanent residence **Feb. 27, 1981 NYC, PERMANENT RESIDENCE**

24. If this petition is for your spouse or child, give the following:   a. Date and place of your present marriage
   **JANUARY 4, 1982   SANTO DOMINGO, DOMINICAN REP.**
   b. Names of your prior spouses
   **NONE**
   c. Names of spouse's prior spouses
   **NONE**

25. My residence in the United States is: (C/O, if appropriate) (Apt. No.) **APT 2** (Number and Street) **221 ROEBLING** (Town or city) **B'KLYN** (State) **N.Y.** (ZIP Code) **11211**

26. My address abroad (if any) is: (Number and street) **ABREU #49** (Town or city) **SANTO DOMINGO** (Province) (Country) **DOMINICAN REP.**

27. Last address at which I and my spouse resided together (Town or city) **STO. DOMINGO** (State or Province) **DOM. REP** (Country) (Apt. No.) (Number and street) **ABREU #49** From (Month) (Year) To (Month) (Year) **Feb. 1981**

28. If this petition is for a child, (a). is the child married? **NO**  (b). is the child your adopted child? **NO** If so, give the names, dates, and places of birth of all other children adopted by you. If none, so state.
   **NONE**

29. If this petition is for a brother or sister, are both your parents the same as the alien's parents? ___ If not, submit a separate statement giving full details as to parentage, dates of marriage of parents, and the number of previous marriages of each parent.

30. If separate petitions are also being submitted for other relatives, give names of each and relationship to petitioner.
   **DANIEL de JESUS, ARELIS ALTAGRACIA, SON and daughter**

31. Have you ever filed a petition for this alien before? **NO** If so, give place and date of filing and result.

32. **CERTIFICATION OF PETITIONER**
   I certify, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
   Executed on (date) x **2 APRIL 1983**   Signature *hilda altagracia medina*

33. **SIGNATURE OF PERSON PREPARING FORM IF OTHER THAN PETITIONER**
   I declare that this document was prepared by me the request of the petitioner and is based on all information of which I have any knowledge.
   (SIGNATURE)   (ADDRESS)   (DATE)