# EXHIBIT D

# Repository Inquiry

To: BELLY For: Yashima Bell Case No: a38501573 - NYSID No: 5615404Z - CRI

New York State Division of Criminal Justice Services
4 Tower Place
Albany, NY 12203-3764
Tel: 1-800-262-DCJS
Denise E. O'Donnell Commissioner of NYS Division of Criminal Justice Services

Identification   Summary   Criminal History   Job/License   Wanted   Missing   NCIC/III

● **Attention - Important Information**

* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

# DEPORTED ALIEN

Further information is available regarding this subject from U.S. Immigration and Customs Enforcement. It is necessary to submit a query via a NYSPIN "INSQ" message to verify immigration status.

**Violent Felony** offense(s) on file

● **Identification Information**



**Name:**
DANIEL CEDENO     DANIEL CEDENA
DANIEL D CEDANO

**Date of Birth:**
Jan 03, 1965

**Place of Birth:**
Unknown     Dominican Republic

Cycle 2
Arrest Date April 04, 1999

**Address:**
221 ROEBLING, BKLYN.,, NY
209 SKILLMAN AVE, BROOKLYN, NY
221 ROEBLING ST, BROOKLYN, NY

**Sex:**     **Race:**     **Ethnicity:**   **SkinTone:**

Y. Bell                                                                                          7/6/2007

| | | | |
|---|---|---|---|
| Male | Asian/Other Hispanic | | Medium |
| **Eye Color:** Brown | **Hair Color:** Brown | **Height:** 5' 08" | **Weight:** 140 |

**SSN:**
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

**NYSID#:** 05615404Z  **FBI#:** 868233EA7  **NCIC Classification:** PMPM021110PICO021008

**III status:** Criminal record in other states or in multiple FBI files for NYS

**Alien Number:** A38501573
**Country of Citizenship:**

**Country of Deportation:** Dominican Republic
**Deportation Date:** Sep 12, 1988

## ● Summary Information

**Name:** DANIEL CEDENO  **Total Arrests:** 2
**Date of Earliest Arrest:** March 12, 1986  **Date of Last Arrest:** April 04, 1999

| Total Arrests Charges: | 6 |
|---|---|
| Felony: | 2 |
| Violent Felony: | 2 |
| Firearm: | 0 |
| Misdemeanor: | 4 |
| Other: | 0 |

| Total Convictions: | 2 |
|---|---|
| Felony: | 1 |
| Violent Felony: | 1 |
| Firearm: | 0 |
| Misdemeanor: | 1 |
| Other: | 0 |
| YO Adjudication(s): | 0 |

| Total Open Charges: | 0 |
|---|---|
| Felony Open Charges: | 0 |
| Open Misdemeanor(s): | 0 |
| Other Open Charges: | 0 |

| Warrant Information: | |
|---|---|
| Failure to Appear Counts: | 2 |
| Open Warrants: | 0 |

| Revocation Counts: | |
|---|---|
| Probation: | 0 |
| Parole: | 0 |

| Miscellaneous: | |
|---|---|
| Escape Charges: | 0 |
| Sex Offender Convictions: | 0 |

## ● NYS Criminal History Information

### ⬇ Cycle 2 ⬆

### Arrest/Charge Information
Arrest Date: April 04, 1999 01:48 am (01:48:00)

| | |
|---|---|
| **Name:** | DANIEL D CEDANO |
| **Date of Birth:** | January 03, 1965 |
| **Sex:** | Male |
| **Ethnicity:** | Hispanic |
| **SSN:** | 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 |
| **Age at time of crime/arrest:** | 34 |
| **Address:** | 209 SKILLMAN AVE, BROOKLYN, NY |
| **Fax Number** | 24815 |
| **Place of Arrest:** | NYCPD 83 |
| **Date of Crime:** | April 04, 1999 |

```
Place of Crime:            NYCPD 83
Criminal Justice
  Tracking No.:            50735318R
Arresting Agency:          NYCPD PCT 083
Arresting Officer ID:      907114
Arrest Case Number:        27500996
Arrest Number:             K99026895
Arrest Charges:
```
-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
   VTL 1192 Sub 02    Class U   Misdemeanor Degree 0   NCIC 5404

-- Driving While Intoxicated- 1st Offense
   VTL 1192 Sub 03    Class U   Misdemeanor Degree 0   NCIC 5404

-- Aggravated Unlicensed Operation Motor Vehicle-3rd Degree
   VTL 0511 Sub 01    Class U   Misdemeanor Degree 3   NCIC 5499

## Court Case Information

-- **Court:** Kings County Criminal Court    **Case Number:** 99K024721

**Arraigned** April 04, 1999
-- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
   VTL 1192 Sub 02           Class U      Misdemeanor      NCIC 5404
-- Driving While Intoxicated- 1st Offense
   VTL 1192 Sub 03           Class U      Misdemeanor      NCIC 5404
-- DWAI Alcohol- 2 Or More Prior Convictions VTL 1192 within 10 Years
   VTL 1192 Sub 01           Class U      Misdemeanor      NCIC 5404
-- Motor Vehicle License Violation:No License
   VTL 0509 Sub 01                        Infraction       NCIC 5499

**Initial Report Of Docket Number** April 04, 1999

**Bench Warrant Issued, Disposition Pending**   June 10, 1999

**Returned On Warrant** June 11, 1999

**Convicted Upon Plea Of Guilty** June 11, 1999
-- DWAI Alcohol- 2 Or More Prior Convictions VTL 1192 within 10 Years
   VTL 1192 Sub 01           Class U      Misdemeanor      NCIC 5404

   **In Full Satisfaction of:**
   -- Operating Motor Vehicle .10 Of 1% Alcohol-1st Offense
      VTL 1192 Sub 02   Class U  Misdemeanor  NCIC 5404

   -- Driving While Intoxicated- 1st Offense
      VTL 1192 Sub 03  Class U MisdemeanorNCIC 5404

   -- Motor Vehicle License Violation:No License
      VTL 0509 Sub 01    Infraction NCIC 5499

   **Sentenced to:** Conditional discharge            **Sentence Date:** July 16, 1999
                     Alcohol Abuse Program
                     Custody/Fine: 7 Day(s)/$350 Status: Paid in Full

Y. Bell                                                                    7/6/2007

    License Suspended 90 Day(s)

**Not Arraigned** July 16, 1999
-- Aggravated Unlicensed Operation Motor Vehicle-3rd Degree
    VTL 0511  Sub 01    Class U    Misdemeanor    NCIC 5499

**Bench Warrant Issued, Sentenced, Payment Pending**    November 18, 1999

**Returned On Warrant**    February 01, 2000

**Interim release Status:** Released on own recognizance (ROR)

## Cycle 1
### Violent Felony Offense

## Arrest/Charge Information
Arrest Date: March 12, 1986 12:45 pm (12:45:00)

| | |
|---|---|
| Name: | DANIEL CEDENO |
| Date of Birth: | January 03, 1965 |
| Sex: | Male |
| Race: | Asian |
| Age at time of crime/arrest: | 21 |
| Address: | 221 ROEBLING, BKLYN.,, NY |
| Fax Number | 9517 |
| Place of Arrest: | Kings County, NY |
| Date of Crime: | March 01, 1986 |
| Place of Crime: | Kings County, NY |
| Criminal Justice Tracking No.: | 10345253N |
| Arresting Agency: | NYCPD PCT 083 |
| Arresting Officer ID: | 870306 |
| Arrest Case Number: | 57730936 |
| Arrest Number: | K86012647 |

Arrest Charges:
-- Attempted Murder:Intention
    PL 125.25  Sub 01    Class B    Felony Degree 2    NCIC 0999

-- Assault-1st Degree
    PL 120.10    Class C    Felony Degree 1    NCIC 1399

-- Criminal Possession Weapon - 4th Degree
    PL 265.01    Class A    Misdemeanor Degree 4    NCIC 5212

## Court Case Information
-- **Court:** Kings County Criminal Court    **Case Number:** Unknown

    **Not Arraigned** March 12, 1986
    -- Criminal Possession Weapon - 4th Degree
        PL 265.01    Class A    Misdemeanor    NCIC 5212

-- **Court:** Kings County Supreme Court   **Case Number:** 1562-86

**Convicted Upon Plea Of Guilty** November 12, 1986
-- Assault-1st Degree
PL 120.10   Class C Felony NCIC 1399

**In Full Satisfaction of:**
-- Attempted Murder:Intention
PL 125.25  Sub 01  Class B FelonyNCIC 0999

-- Criminal Possession Weapon-2nd Degree
PL 265.03   Class C  Felony NCIC 5212

-- Criminal Possession Weapon-3rd Degree
PL 265.02   Class D  Felony NCIC 5212

Sentenced to:Term: 18 Month(s) to 54 Month(s) Sentence Date:November 12, 1986

## Incarceration/Supervision Information

### Incarceration Admission Information
**Admission Date:** November 17, 1986
**Admission Reason:** New Commitment
**Agency:** NYSDOCS Wende Correctional Facility
**State Inmate ID No.:** 86A8828
**Sentence to:** Term: 18 Month(s) to 54 Month(s)
**Max Expiration Date:** September 06, 1990
**Conditional Release Date:** March 06, 1989
**Inmate Name:** DANIEL CEDENO
**Admission Charges:**
-- Assault-1st Degree
PL 120.10        Class C   Felony Degree 1   NCIC 1399

### Incarceration Release Information
**Release Date:** August 17, 1988
**Release Reason:** Paroled to US Immigration
**Agency:** NYSDOCS Wende Correctional Facility
**Inmate ID Number:** 86A8828

### Parole Release Information
**Received by Parole on:** August 17, 1988
**Release Type:** Initial Release to Parole
**Max Expiration Date:** September 06, 1990
**Supervision Office:** Deportation Office
**Parole ID Number:** 86A8828
**Name:** DANIEL CEDENO

### Parole Discharge Information
**Discharged from Parole on:** September 06, 1990
**Discharge Type:** Maximum Expiration
**Parole ID Number:** 86A8828

Y. Bell                                                                                                7/6/2007

### ● Other History Related Information
There is no Other History Related Information associated with this history.

### ● Job/License Information
There is no Job/License Information associated with this history.

### ● Wanted Information
There is no NYS Wanted Information associated with this history.

### ● Missing Person Information
There is no NYS Missing Person Information associated with this history.

### ● Additional Information

**Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.**

**Multi-Source** - Subject has information maintained by other states or in multiple NYS files maintained by the FBI available through the Interstate Identification Index. Refer to FBI Number: 868233EA7

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

---

## Federal NCIC, III and/or FBI Response

The outstanding response(s) indicated below will be forwarded to your in-box upon receipt by DCJS. If you do not receive one or more of the indicated responses, please contact that state or agency directly.

- NCIC - Protection Order File
- III Record Request

### ● NCIC Information

The following information is provided in response to your request for a search of the NCIC Person files based on:

- Name: CEDENO, DANIEL
- Sex: M
- Race: A
- Date of Birth: 01/03/1965
- Social Security number: 079780353
- FBI number: 868233EA7

NY030067A

NO NCIC WANT FBI/868233EA7

Y. Bell                                                                                         7/6/2007

```
NO NCIC WANT SOC/079780353
NO NCIC WANT NAM/CEDENO,DANIEL DOB/19650103 RAC/A SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

---

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

Y. Bell                                                                                                                    7/6/2007