# EXHIBIT E

# SUPREME COURT OF THE STATE OF NEW YORK

**SENTENCE & ORDER OF COMMITMENT**

Part __4__  County __KINGS__

Ind. No. / Year: __1562-86__

The People of the State of New York

vs.

DEFENDANT: __DANIEL CEDENO__

| SEX | AGE | NYSID NUMBER |
|---|---|---|
| M | 21 | 5615404Z |

Date: __11-12-1986__

Present, Honorable: __MICHAEL CORRIERO__, Justice

__86A8828__

The above-named defendant having been convicted of the crime(s) of:

__ASSAULT 1°__

IT IS ORDERED that the said defendant be and hereby is sentenced to an indeterminate term of imprisonment which shall have a maximum term of: __4 ½ yrs__

and a minimum term of: __1 ½ yrs__

- [ ] as a second felony offender
- [ ] second violent felony offender
- [ ] as a persistent felony offender
- [ ] as a persistent violent felony offender
- [ ] as a youthful offender
- [ ] a definite term of imprisonment of _____
- [ ] pay a fine of _____ or a term of _____ until fine is satisfied

and that the sentence herein shall run **concurrent with** / consecutive to _____ and that the said defendant be and hereby is committed to the custody of the:

- [x] Department of Correctional Services of the State of New York until released in accordance with the law, and the Commissioner of Corrections of the City of New York is directed to deliver him/her to the
- [x] Ossining Correctional Facility, Ossining, NY (males 21 yrs. or older)
- [ ] Elmira Reception Center, Elmira, NY (males 16 to 20 yrs.)
- [ ] Bedford Hills Correctional Facility, Bedford Hills, NY (females 16 yrs. and over)
- [ ] Department of Correction of the City of New York until released in accordance with the law and be delivered to:
- [ ] New York City Correctional Institution for men/women

REMARKS: _____

_Anthony N. Durso_ — Clerk of Court  by  _Jerry Ash_ — Court Clerk

A true extract from the minutes

- [ ] THIRD COPY FORWARDED TO BOARD OF ELECTIONS.

SC-CR5 REV 6-82 15M