# EXHIBIT F

# UNITED STATES DEPARTMENT OF JUSTICE
## Immigration and Naturalization Service

### ORDER TO SHOW CAUSE and NOTICE OF HEARING

In Deportation Proceedings under Section 242 of the Immigration and Nationality Act

EPRD: 7/88
Inmate #86A-8828

UNITED STATES OF AMERICA:                           File No. A38 501 573

In the Matter of   CEDENO, Daniel De Jesus                         Respondent.

c/o: Ogdensburg Correctional Facility, One Correction Way, Ogdensburg, NY 13669
Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is alleged that:

1. You are not a citizen or national of the United States;
2. You are a native of Dominican Republic
   and a citizen of Dominican Republic
3. You entered the United States at New York City, NY on or about 11/20/83;
4. At that time you were admitted as an immigrant.
5. You were convicted on 11/12/86, in the Supreme Court of the State of New York, Kings County, New York for the offense of Assault 1st degree, committed on 3/1/86, within 5 years of entry.
6. You were for this conviction sentenced to confinement in New York State Prison for a period of 1 1/2-4 1/2 years.

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

Section 241 (a)(4) of the Immigration and Nationality Act, in that, you had been convicted of a crime involving moral turpitude committed within five years after entry and sentenced to confinement therefor in a prison or corrective institution for a year or more, for the offense of Assault, 1st degree, committed on 3/1/86, within 5 years of entry.

WHEREFORE, YOU ARE ORDERED to appear for hearing before an Immigration Judge of the Immigration and Naturalization Service of the United States Department of Justice at Date, place and time to be set

on _____ at _____ m, and show cause why you should not be deported from the United States on the charge(s) set forth above.

Dated: December 01, 1987

(signature and title of issuing officer)
Dennis A. Peruzzini
Assistant District Director, Investigations,
Buffalo, NY
(City and State)

## NOTICE TO RESPONDENT

**ANY STATEMENT YOU MAKE MAY BE USED AGAINST YOU IN DEPORTATION PROCEEDINGS**

THE COPY OF THIS ORDER SERVED UPON YOU IS EVIDENCE OF YOUR ALIEN REGISTRATION WHILE YOU ARE UNDER DEPORTATION PROCEEDINGS. THE LAW REQUIRES THAT IT BE CARRIED WITH YOU AT ALL TIMES

If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Immigration and Naturalization Service. You should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you should bring the original and certified translation thereof. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Order to Show Cause and that you are deportable on the charges set forth therein. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. Failure to attend the hearing at the time and place designated hereon may result in a determination being made by the Immigration Judge in your absence.

You will be advised by the Immigration Judge, before whom you appear, of any relief from deportation, including the privilege of departing voluntarily, for which you may appear eligible. You will be given a reasonable opportunity to make any such application to the Immigration Judge.

Failure to attend the hearing at the time and place designated hereon may result in your arrest and detention by the Immigration and Naturalization Service.

### REQUEST FOR PROMPT HEARING

To expedite determination of my case, I request an immediate hearing, and waive any right I may have to more extended notice.

_____ (signature of respondent)

Before: _____ on _____
(signature and title of witnessing officer)          (date)

### CERTIFICATE OF SERVICE

This order and notice were served by me on — 12/9/87 — in the following manner:
(date)

_Patricia Biegaj_
(signature and title of employee or officer)
Patricia Biegaj, Supervisory Clerk

CERTIFIED MAIL—RETURN RECEIPT REQUESTED

RE-SERVED 8-17-88  Will. A. McKee, DEO