# EXHIBIT G

U.S. Department of Justice
Executive Office for Immigration Review
Office of the Immigration Judge

File A _38 01 5??_

In the Matter of

_Daniel De Jesus_
_Cedeno_                    Respondent.

In Deportation Proceedings

Order of the
Immigration Judge

Upon the basis of respondent's admissions I have determined that he is deportable on the charge(s) in the Order to Show Cause.

Respondent has made no application for relief from deportation.

ORDER: It is ordered that respondent be deported from the United States to _Dominican_ _Republic_ on the charge(s) contained in the Order to Show Cause.

IT IS FURTHER ORDERED that if the aforementioned country advises the Attorney General that it is unwilling to accept respondent into its territory or fails to advise the Attorney General within three months following original inquiry whether it will or will not accept respondent into its territory, respondent shall be deported to _____.

Copy of this decision has been served upon respondent and the Immigration and Naturalization Service.
Appeal: Waived—reserved.

Date: _9-6-88_
Place: _Buffalo NY_

_____
(Immigration Judge)

3. INS Copy

FORM EOIR-7
FEB. 84