# EXHIBIT H

UNITED STATES OF AMERICA
DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## WARRANT OF DEPORTATION

No. A38 501 573

To any Officer or Employee of the United States Immigration and Naturalization Service.

After due hearing before an authorized officer of the United States Immigration and Naturalization Service, and upon the basis thereof, an order has been duly made that the alien   Daniel DeJesus CEDENO

who entered the United States at   New York City, New York

on   or about   the twentieth   day of   November , 19 83, is subject to deportation under the following provisions of the laws of the United States, to wit:

Section 241(a)(4) of the Immigration and Nationality Act.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his direction, command you to take into custody and deport the said alien pursuant to law, at the expense of the

Signature: _____

Title: Asst. District Director Deportation

Date: September 9, 1988

Place: Buffalo, New York

Form I-205
(Rev.11-29-79)N

WARRANT FOR DEPORTATION OF

Daniel DeJesus   CEDENO
(Name of Deportee)

Deported at Port of   NYC   JFK Airport                                on September 12, 1988
                     (port of departure from the U.S.)                   (date of departure)

via   Pan American   FLT 223   Destined to Santo Domingo, Dominican Republic
      (manner of departure; identify airline or ship; if other, state: afoot, car, etc.)

Departure witnessed by: *William A. McKee*, D.E.O.
                        (signature and title of officer)

If actual departure not witnessed, fully identify source or means of departure verification: _____

If self-deportation pursuant to 8CFR 243.5, check here  [ ]

Officer Executing Warrant: _____
                           (signature and title)

Date Form Completed: _____

Comments:

*Cedeno Daniel*
(signature of person fingerprinted)

*William A. McKee*
(signature of official taking print)

D.E.O.
(title of official taking print)

right thumb print

[fingerprint]