# EXHIBIT I



6

**RENOVACIONES**
*Renewals*
*Renouvellements*

CONSULADO GENERAL
DE LA
REPUBLICA DOMINICANA
NEW YORK

7

Núm. 23159

Este Pasaporte ha sido RENOVADO el día MAR 5 1993

y es valido hata el día MAR 5 1995







ALIEN REGISTRATION RECEIPT CARD
PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.

| 38501573 | 11 | 51 | 565 | 585 | 46404 |
|---|---|---|---|---|---|
| A NUMBER | | | | M 2 | PARITY 1 |

| 5277 | 02901 | 42003 | 96465 | 43837 |
|---|---|---|---|---|
| PBD | IOW 1 | IOW 2 | IOW 3 | PARITY 2 |

| 112083 | 585 | 086 | 03350 | 0191402 |
|---|---|---|---|---|
| ADM/ADJ DATE | COB | ISS CODE | SOUNDEX | PARITY 3 |

BUREAU OF ENGRAVING AND PRINTING

FORM I-551 JAN. 77