# EXHIBIT J

Case 1:07-cr-00964-PAC    Document 13-11    Filed 01/06/2008    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                           :     INDICTMENT

DANIEL DEJESUS CEDENO,            :     07 Cr. ____

        Defendant.                :     07 CRIM 964

- - - - - - - - - - - - - - - - - x



COUNT ONE

The Grand Jury charges:

On or about May 26, 2006, in the Southern District of New York and elsewhere, DANIEL DEJESUS CEDENO, the defendant, being an alien, unlawfully, willfully, and knowingly was found in the United States, after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about November 12, 1986, for assault in the first degree, in violation of New York Penal Law 120.10, in New York State Supreme Court, Kings County, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a) and (b)(2).)

_____                    _____
FOREPERSON                                   MICHAEL J. GARCIA
                                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANIEL DEJESUS CEDENO,

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*                Foreperson.

10/16/07 Filed Indictment. Case assigned to Judge Crotty.

Pitman
U.S.M.J