# EXHIBIT K



U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
Office of Investigations
*Forensic Document Laboratory (FDL)*



FDL-08-01612

January 3, 2008

Special Agent Thomas J. Kilbride
U.S. Immigration and Customs Enforcement
88 10th Avenue, Suite 3R
New York, NY 10011
646-335-7693

**REF:** NY16BRO8NY0001
A38501573

**EXHIBIT(S):**

1.1 Dominican Republic Passport #0113216
1.1.1 U.S. admission stamp "060 MIA-IAP 759" impression on page 11 in Exhibit 1.1
1.1.2 U.S. admission stamp "060 MIA 584" impression on page 11 in Exhibit 1.1

**FINDINGS:**
Physical, microscopic, instrumental, and comparative examinations of the above-described document(s) resulted in the following findings:

The Exhibit 1.1 passport conforms to comparable genuine specimens on file in the FDL reference library and was found to be genuine. All printed images, printing processes, and security features match the genuine specimens. No conclusive physical evidence indicating page substitution, photograph substitution, or data entry alteration was found.

The Exhibit 1.1.1 and 1.1.2 admission stamps could not be authenticated. The production of Exhibits 1.1.1 and 1.1.2 is customary; that is, the admission stamps were produced using an inked rubber stamp; the ink fluoresces when exposed to an ultraviolet light source; and neither bears any physical evidence of alteration. However, the limited security features incorporated into these stamping devices precludes a definitive determination regarding authenticity.

**REMARKS:**
The finding(s) in this report regarding Exhibit 1.1 are concerned with the physical properties of the evidence and do not address the reliability of the issuance process or verify the identity of the submitter(s).

The Forensic Document Laboratory requires that Project Code 0E6 for Forensic Examination be entered into Case Management by the assigned case agent.

The above referenced evidence was delivered to the FDL on December 12, 2007 and will be returned by official courier.







Donna O. Eisenberg
Forensic Document Examiner



AN ASCLD/LAB® ACCREDITED LABORATORY SINCE FEBRUARY 2001

