

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 14, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 6 2008
```

**BY FACSIMILE**

The Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Daniel DeJesus Cedeno,**
      **07 Cr. 964 (PAC)**

Dear Judge Crotty:

I write regarding the hearing on the defendant's motion to dismiss the indictment in the above-captioned matter, which is currently scheduled for Thursday, January 17, 2008, at 2:30 p.m. As argued in the Government's response brief, the only factual issue in dispute – whether the defendant entered the United States via Miami International Airport in 1990 and again in 1992 – is an issue that must be left for the jury to decide at trial. Accordingly, an evidentiary hearing would be inappropriate at this time, and the Government respectfully requests that it be removed from the calendar. Should the Court require oral argument on the legal issues raised in the defendant's motion, the Government respectfully requests that the Court grant a one-week adjournment of the hearing date until Wednesday, January 23, 2008, or another date that is convenient for the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Christian R. Everdell / NJL*
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

cc:   Susana Abarca, Esq. (by fax)

[Handwritten endorsement: The Court will decide the matter on the papers submitted. There is no need for oral argument. The next conference will be held on 2/6/2008 at 3:45pm and time until that conference date will be excluded as it is in the interests of justice to do so. So ordered. Paul A. Crotty, USDJ]

MEMO ENDORSED

TOTAL P.02